UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OBA LEE FRELIMO,<br>　　　　　Petitioner,<br>　v.<br>WARDEN C. E. DUCART,<br>　　　　　Respondent. | Case No. 17-cv-05690-YGR (PR)<br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

This suit was reassigned from a magistrate judge to the undersigned in light of a recent Ninth Circuit decision.[1]

On October 3, 2017, Petitioner, a state prisoner, filed the present *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day the action was filed, the Clerk of the Court sent a notification to Petitioner informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's *in forma pauperis* application. The Clerk sent Petitioner a blank *in forma pauperis* application and told him that he must pay the fee or return the completed application within twenty-eight days or his action would be dismissed.

More than twenty-eight days have passed and Petitioner has neither paid the filing fee nor returned the *in forma pauperis* application. Instead, Petitioner has filed a document indicating that he refuses to pay any filing fees for an "illegal conviction that [he is] to be discharged from [the California Department of Corrections and Rehabilitation] . . . ." Dkt. 5 at 1. He also states that "at this time" he is "not filing a civil complaint on [his] illegal incarceration." *Id.* Thus, it is unclear if Petitioner wishes to pursue this action. However, Petitioner ends with a request that the Court appoint him a "female attorney." *Id.*

Because Petitioner has not paid the necessary filing fee or filed an *in forma pauperis* application by the deadline, this action is DISMISSED WITHOUT PREJUDICE. Any motion to

---

[1] *Williams v. King*, 875 F.3d 500, 503 (9th Cir. 2017) (magistrate judge lacked jurisdiction to dismiss case on initial screening because unserved defendants had not consented to proceed before magistrate judge).

reopen must contain a completed prisoner's *in forma pauperis* application or include the $5.00 filing fee.

The Clerk of the Court shall terminate all pending motions as moot, including any requests for appointment of counsel, and close the file.

IT IS SO ORDERED.

Dated: January 24, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge